JOHN H. HAYES, Respondent, v. ISLAND PARK-LONG BEACH, INC., Appellant.

Supreme Court, Appellate Term, First Department, November 23, 1932.

*Breed, Abbott & Morgan* [*William L. Hanaway* of counsel], for the appellant.

*L. & A. U. Zinke* [*Charles W. Silver* of counsel], for the respondent.

PER CURIAM. The action being in tort, it was error to add interest to the amount of the verdict, except from the date of the trial.

Judgment modified so as to allow interest on the verdict only from the date of the trial, and as modified affirmed, without costs.

All concur; present, LYDON, LEVY and CALLAHAN, JJ.